**Alvin WILSON, Jr., Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 39218.**

Missouri Court of Appeals, Western District.

Jan. 5, 1988.

Joseph H. Locascio, Sp. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Christopher M. Kehr, Asst. Atty. Gen., Jefferson City, for respondent.

Before NUGENT, P.J., and SHANGLER and BERREY, JJ.

PER CURIAM:

ORDER

Movant appeals from a denial of relief requested under Rule 27.26. The findings

of fact by the trial court are not clearly erroneous, no error of law appears, and an opinion would have no precedential value. Affirmed under Rule 84.16(b).